1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   | CINDY ANN DEAN, | Case No. C10-5923-RSL |

9   |         Plaintiff, |  |

10  |   | ORDER DISMISSING CASE |

11  |         v. |  |

12  | MICHAEL J. ASTRUE, Commissioner of Social Security, |  |

13  |         Defendant. |  |

14

15   The Court, having reviewed the Report and Recommendation of the Honorable James

16  P. Donohue, the papers submitted by the parties, and the administrative record, does hereby

17  find and ORDER:

18         (1)    The Court adopts the Report and Recommendation.

19         (2)    The final decision of the Commissioner is AFFIRMED and this case is

20  dismissed with prejudice.

21         DATED this 5th day of December, 2011.

22

23

24                                   *Mhr S Casnik*
                                     ROBERT S. LASNIK
                                     United States District Judge

25

26

ORDER DISMISSING CASE
PAGE - 1