# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CINDY ANN DEAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. C10-5923-RSL<br><br>ORDER DISMISSING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the papers submitted by the parties, and the administrative record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

DATED this 5th day of December, 2011.

*[signature]*
ROBERT S. LASNIK
United States District Judge